IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GLENN L. VICKERS     PETITIONER

VS.     CIVIL ACTION NO. 5:07cv42DCB-MTP

CONSTANCE REESE, Warden     RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Glenn L. Vickers' petition for writ of habeas corpus should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Glenn L. Vickers' petition for writ of habeas corpus be and the same is hereby, dismissed without prejudice.

SO ORDERED this the __19th__ day of __October__, 2007.


                                      s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE